# UNITED STATES *v.* GREEN

No. 91–1521.   Argued November 30, 1992—Decided April 5, 1993

*Deputy Solicitor General Roberts* argued the cause for the United States.   On the briefs were *Solicitor General Starr, Assistant Attorney General Mueller, Deputy Solicitor General Bryson, Robert A. Long, Jr.,* and *Nina Goodman.*

*Joseph R. Conte* argued the cause and filed a brief for respondent.*

PER CURIAM.

The Court is advised that the respondent died in Washington, D. C., on March 24, 1993.   The Court's order granting the writ of certiorari, see 504 U. S. 908 (1992), therefore is vacated, and the petition for certiorari is dismissed.   See *Mintzes* v. *Buchanon,* 471 U. S. 154 (1985).

*It is so ordered.*

---

*John Payton, Charles L. Reischel, Lutz Alexander Prager,* and *Edward E. Schwab* filed a brief for the District of Columbia as *amicus curiae* urging reversal.

*David A. Reiser* filed a brief for the Public Defender Service et al. as *amici curiae* urging affirmance.

*Thomas J. Charron, Bernard J. Farber, Fred E. Inbau, Wayne W. Schmidt,* and *James P. Manak* filed a brief for Americans for Effective Law Enforcement, Inc., et al. as *amici curiae.*